UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KEVIN WILLIAMS,

        Plaintiff,                  Case No. 1:20-cv-199

v.                                          Honorable Paul L. Maloney

CONNIE LESTER,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  May 6, 2020                        /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge